IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID W. BANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 05-2197-KHV-DJW |
| ) | |
| SMURFIT-STONE CONTAINER ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon stipulation of Plaintiff David Banks and Defendant Smurfit-Stone Container Corporation (Doc.# 26) the claims asserted in this action by plaintiff against Defendant, Smurfit Stone Container Corporation, are all hereby DISMISSED BY THE COURT WITH PREJUDICE, with each party bearing its own costs and expenses, including attorney's fees.

**IT IS BY THE COURT SO ORDERED** that Plaintiff's Stipulation For Dismissal (Doc. # 26) is granted.

Dated in Kansas City, Kansas on this 6th day of February, 2007.

s/ Kathryn H. Vratil
Kathryn H. Vratil
U.S. District Judge